CLIFFORD T. ROGERS et al., Respondents, v. ASSOCIATION FOR THE HELP OF RETARDED CHILDREN, INC., Appellant.— In an action by property owners, claiming special damage, to restrain defendant's use of its property as a school for mentally retarded children in alleged violation of a village zoning ordinance, defendant appeals from a judgment entered in favor of plaintiffs after trial. Judgment reversed on the law and the facts, with costs, and complaint dismissed, without costs. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. We agree with the Special Term that plaintiffs may maintain this action because there is proof that their property was materially damaged in pecuniary value by reason of defendant's use of the property. (Marcus v. Village of Mamaroneck, 283 N. Y. 325, 333.) However, we are of the opinion that the present use of the property as a school for mentally retarded children is a continuation of one of the prior nonconforming uses. At the time of the adoption of the zoning ordinance, the property was used as a convalescent home for cardiac children, an incident of that use being the schooling of the children. Defendant's present use of the property is a restriction or limitation of the prior nonconforming uses of the property. Nolan, P. J., Carswell, Adel and Beldock, JJ., concur; Wenzel, J., dissents and votes to affirm. Settle order on notice.

PIERRE B. SIGNORE, Respondent, v. BENJAMIN SIGNORE, Appellant.— In an action on an account stated, defendant appeals from an order granting plaintiff's motion to amend the complaint, so as to increase the recovery sought based upon additional claims. Defendant asserts on this appeal that the order should be reversed on the ground, among others, that the amendment deprives him of the right to a jury trial on causes of action not within his contemplation when the action was originally noticed for trial. On this appeal plaintiff states that he has no objection to a trial by jury. Order affirmed, with $10 costs and disbursements. Plaintiff having stated that he had no objection, the defendant may elect to have a trial by jury. Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

LOUISE WEISSMAN, an Infant, by DAVID WEISSMAN, Her Guardian ad Litem, Respondent, v. CITY OF NEW YORK et al., Appellants.— In an action to recover damages for personal injuries, order granting a preference affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Wenzel, Mac-Crate, Schmidt and Beldock, JJ., concur.

## (April 8, 1953.)

In the Matter of the Application of SIGMUND D. BERMANN for Admission to Practice as an Attorney. (From the State of Massachusetts.) — Application granted. Present — Nolan, P. J., Carswell, Adel, MacCrate and Beldock, JJ.

In the Matter of the Application of ROBERT B. JENNINGS for Admission to Practice as an Attorney. (From the State of Louisiana.) — Application granted. Present — Nolan, P. J., Carswell, Adel, MacCrate and Beldock, JJ.